James L. Bromley
William B. Monahan
Virginia R. Hildreth
James C. Manning
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| In the matter of:<br><br>NIU Holdings LLC,<br><br>     Reorganized Debtor. | **Chapter 11**<br><br>**Case No. 15-10155 (SCC)** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| NIU Holdings LLC,<br><br>     Plaintiff / Counterclaim Defendant,<br><br>    v.<br><br>AT&T Mobility Holdings, B.V.; New Cingular Wireless Services, Inc.; Nextel International (Uruguay) LLC; and Comunicaciones Nextel de México S.A. de C.V.,<br><br>     Defendants / Counterclaim Plaintiffs / Third-Party Plaintiffs,<br><br>    v.<br><br>NII Holdings, Inc.,<br><br>     Third-Party Defendant. | **Adv. Proc. No. 19-01099** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that AT&T Mobility Holdings B.V., New Cingular Wireless Services, Inc., Nextel International, and Comunicaciones Nextel de México, S.A. de C.V. (collectively, "AT&T") hereby appeal to the United States District Court for the Southern District of New York from the *Memorandum Decision Granting Motion of NIU Holdings LLC and NII Holdings, Inc. for Summary Judgment* of the United States Bankruptcy Court for the Southern District of New York (Chapman, J.), entered October 14, 2020 (ECF No. 42) (the "Decision," attached hereto as Exhibit A).[1]  The Decision:  (1) granted the motion of Plaintiff / Counterclaim Defendant NIU Holdings LLC and Third-Party Defendant NII Holdings, Inc. for summary judgment; and (2) dismissed AT&T's counterclaims and third-party claims.

PLEASE TAKE FURTHER NOTICE that the names of all parties to the Decision appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**APPELLANTS:**

| | |
|---|---|
| AT&T Mobility Holdings B.V.,<br>New Cingular Wireless Services, Inc.,<br>Nextel International, and<br>Comunicaciones Nextel de México, S.A. de C.V. | James L. Bromley<br>William B. Monahan<br>Virginia R. Hildreth<br>James C. Manning<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>Telephone:  (212) 558-4000<br>Facsimile:  (212) 558-3588 |

---

[1] The Decision directed the parties to submit an order consistent with the Decision. (Decision at 32.)  As of the filing of this Notice of Appeal, the parties are engaged in constructive dialogue regarding a proposed order and received an extension of their time to submit such an order.  (ECF Nos. 43, 45.)  Accordingly, this appeal is taken from the Decision now, out of an abundance of caution.  To the extent this Notice of Appeal has been filed before the entry of the order or judgment being appealed, it should be treated as filed "on the date of and after the entry" of the order or judgment.  *See* Fed. R. Bankr. P. 8002(a)(2).

**APPELLEES:**

| | |
|---|---|
| NIU Holdings LLC<br>NII Holdings, Inc. | Jane Rue Wittstein<br>Thomas E. Lynch<br>Andrew M. Butler<br>JONES DAY<br>250 Vesey St.<br>New York, NY  10281<br>Tel:  (212) 326-3939<br>Fax:  (212) 755-7306 |
| Dated:   October 28, 2020<br>        New York, New York | Respectfully submitted,<br><br>   /s/ James L. Bromley    <br>James L. Bromley<br>William B. Monahan<br>Virginia R. Hildreth<br>James C. Manning<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York  10004<br>Tel:  (212) 558-4000<br>Fax:  (212) 558-3588<br>bromleyj@sullcrom.com<br>monahanw@sullcrom.com<br>hildrethv@sullcrom.com<br>manningj@sullcrom.com<br><br>*Attorneys for Defendants-Appellants AT&T Mobility Holdings B.V., New Cingular Wireless Services, Inc., Nextel International (Uruguay), LLC, and Comunicaciones Nextel de México, S.A. de C.V.* |